IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SERGEI KOVALEV** | : CIVIL ACTION |
| | : |
| v. | : NO. 25-2820 |
| | : |
| **CITY OF PHILADELPHIA, LAMONT ROGERS, LAWRENCE S. KRASNER, PHILADELPHIA DISTRICT ATTORNEYS OFFICE, PHILADELPHIA POLICE DEPARTMENT, PHILADELPHIA DEPARTMENT OF PUBLIC HEALTH, PHILADELPHIA DEPARTMENT OF LICENSES AND INSPECTIONS, CHERELLE L. PARKER, KEVIN J. BETHEL, MARQUES NEWSOME, PALAK RAVAL-NELSON, BRIDGETT COLLINS-GREENWALD, BASIL L. MERENDA, JOHN DOES 1-5** | : |

# **ORDER**

**AND NOW**, this 10th day of July 2025, upon considering Plaintiff's Motion to remand (ECF 14), Defendants' Opposition (ECF 17), Plaintiff's Reply (ECF 18), and for reasons in today's accompanying Memorandum, it is **ORDERED** we **GRANT** Plaintiff's Motion (ECF 14) requiring:

1. The Clerk of Court forthwith **remand** this matter to the Court of Common Pleas of Philadelphia County docketed at January Term 2025 No. 00141;

2. We **DENY** Defendants' Motion to dismiss (ECF 6) as moot without prejudice to be resolved in state court; and,

3. We **direct** the Clerk of Court to **close** this case.

**KEARNEY, J.**